JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   RANSOME NDI NFOR,

12          Plaintiff,

13   vs.

14

15   CITY OF PERRIS; COUNTY OF RIVERSIDE;
     STATE OF CALIFORNIA; MICHAEL
16   ANTHONY ARREOLA; and DOES 1-100,
     inclusive,
17
18          Defendants.
19
20

Case No.: 5:24-cv-00792-KK-(DTBx)

Hon. Kenly Kiya Kato

**ORDER ON PARTIES'
STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

Trial Date: Not Yet Set

21
22          After consideration of the parties' joint stipulation to dismiss, with prejudice,
23   Defendant Michael Anthony Arreola pursuant to Federal Rule of Civil Procedure
24   41(a)(1)(A)(ii) and with GOOD CAUSE SHOWING, the Court GRANTS the
25   stipulation of the parties.
26
27   **IT IS HEREBY ORDERED**:
28          1. That Michael Anthony Arreola is dismissed from this litigation with

prejudice with each party to bear their own costs and fees as it relates to Michael Anthony Arreola.

2. That this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

3. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: _____June 28__, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE